

# Notice of Service of Process

null / ALL
Transmittal Number: 23617331
Date Processed: 08/11/2021

| | |
|---|---|
| **Primary Contact:** | Sakina Cornell<br>Seyfarth Shaw LLP - Equifax<br>1075 Peachtree St NE<br>Ste 2500<br>Atlanta, GA 30309-3958 |
| **Electronic copy provided to:** | Jennifer Fease<br>Cherisse Bynoe<br>Janise Jordan<br>Adrienne Adams<br>Sallye Thornton<br>Nadia Reynaga-Moreno<br>Nicole Brown<br>Eric Barton<br>Julie Heine<br>Courtney Draper<br>Legal Department<br>Dee Davis<br>Kristin Zielmanski<br>Suzanne Alford<br>Jessica Spurlock<br>Mackenzie Cole<br>Marisha Mastrioni |
| **Entity:** | Equifax Information Services LLC<br>Entity ID Number  0635578 |
| **Entity Served:** | Equifax Information Services, LLC |
| **Title of Action:** | Courtney McMackin vs. Equifax Information Services, LLC |
| **Matter Name/ID:** | Courtney McMackin vs. Equifax Information Services, LLC (11477792) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Livingston County District Court, KY |
| **Case/Reference No:** | 21-C-00074 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 08/10/2021 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | James R. McKenzie<br>502-371-2179 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **21-C-00074**<br>Court:   **DISTRICT**<br>County: **LIVINGSTON** |

*Plantiff,* **MCMACKIN, COURTNEY VS. EQUIFAX INFORMATION SERVICES, LLC**, *Defendant*

TO:   **EQUIFAX INFORMATION SERVICES, LLC**
         **C/O CORPORATION SERVICE COMPANY**
         **421 WEST MAIN STREET**
         **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Debbie Harp Knoth,
Livingston Circuit Clerk
Date: **8/4/2021**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____        _____
                                                          Served By

                                                          _____
                                                          Title

Summons ID: 372603125212646@00000020405
DISTRICT: 21-C-00074 Certified Mail
MCMACKIN, COURTNEY VS. EQUIFAX INFORMATION SERVICES, LLC



Page 1 of 1

eFiled



Commonwealth of Kentucky
Livingston District Court
Case No. _____
Division _____
*Filed Electronically*

Courtney McMackin                                                                     PLAINTIFF

v.

Equifax Information Services, LLC                                                     DEFENDANT
  Serve:
  Corporation Service Company
  421 West Main Street
  Frankfort, KY 40601

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action by Plaintiff Courtney McMackin as a consumer against Defendant Equifax Information Services, LLC ("Equifax") for its violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681 *et seq.* which was enacted to assure the accuracy and integrity of consumer credit reports.

### JURISDICTION and VENUE

2. This Court has jurisdiction pursuant to KRS 24A.120 and the FCRA, 15 U.S.C. §1681p. Venue is proper because the nucleus of relevant facts and events at issue in this case arose in Livingston County, Kentucky where Plaintiff resides and which is located in this circuit.

### PARTIES

3. Plaintiff Courtney McMackin is a natural person who resides in Livingston County, Kentucky and a "consumer" within the meaning of the FCRA, as defined at 15 U.S.C. § 1681a(c).



4. Defendant Equifax Information Services, LLC is a foreign limited liability company with principal place of business located at 1550 Peachtree Street NW, Atlanta, GA 30309. Equifax has registered to do business with Kentucky Secretary of State and is a "consumer reporting agency" within the meaning of the FCRA.

## STATEMENT OF FACTS

5. Plaintiff Courtney McMackin ("McMackin") regularly monitors her credit reports in order to improve her credit and to guard against identity theft.

6. Ms. McMackin recently reviewed her credit report prepared by Defendant Equifax Information Services, LLC ("Equifax") and discovered a record of "hard credit" inquiries made by Mariner Finance, LLC ("Mariner") for her Equifax credit report on July 12, 2019 and August 9, 2019.

7. The FCRA does not expressly create a distinction between "hard" and "soft" credit inquiries, nevertheless, the distinction flows directly from the FCRA.

8. 15 U.S.C. § 1681b(c)(3) provides that "a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer."

9. A consumer reporting agency like Equifax may only publish credit reports about a consumer like Ms. McMackin that includes a record of third-party requests for his credit report if and only if those third-party requests were made in connection with a credit or insurance transaction initiated by the consumer.

10. Consumer reporting agencies classify "user" requests for consumer reports as either a "hard" or a "soft" credit inquiry, depending on the type of inquiry made by the requesting "user".

11. As explained on the Credit Karma website which is run by Trans Union, LLC:

-2-

> There are two kinds of inquiries that can occur on your credit report: hard inquiries and soft inquiries. While both types of credit inquiries enable a third party, such as you or a lender, to view your credit report, only a hard inquiry can negatively affect your credit score.
>
> **What is a Hard Inquiry?**
>
> Hard inquiries occur when a financial institution, such as a lender or credit card issuer, checks your credit report when making a lending decision. For example, hard inquiries commonly take place when a consumer applies for a loan, credit card, or mortgage. **You typically have to authorize a hard inquiry**. Most important to note, **hard inquiries will lower your credit score by a few points and remain on your credit report for two years**. As time passes, the damage to your credit score will decrease until the hard inquiry falls off your credit report.
>
> **What is a Soft Inquiry?**
>
> Soft inquiries occur when a person or company checks your credit report as a background check, such as when a potential employer checks your credit, when you are "pre-approved" for credit card offers, and when you check your own credit score. **A soft inquiry can occur without your permission.** Soft inquiries may be recorded in your credit report, depending on the credit bureau, **but they won't affect your credit score in any way.**

https://www.creditkarma.com/article/hard_inquiries_and_soft_inquiries (visited August 4, 2021)

(bolding added).

12. As explained on Equifax's website:

> **What is a hard inquiry?**
>
> When a lender or company makes a request to review your credit report as part of the loan application process, that request is recorded on your credit report as a hard inquiry, and it usually will impact your credit score. This is different from a soft inquiry, which can result when you check your own credit or when a promotional credit card offer is generated. Soft inquiries typically do not impact your credit score.



> **Hard inquiries serve as a timeline of when you have applied for new credit** and may stay on your report for up to 24 months. Depending on your unique credit history, they could indicate different things to different lenders.
>
> **Recent hard inquiries on your credit report tells a lender that you are currently shopping for new credit.** This may be meaningful to a potential lender when assessing your creditworthiness.[1]

13. And as explained on the myfico.com[2] website:

> Credit inquiries are requests by a "legitimate business" to check your credit.
>
> As far as your FICO® score is concerned, credit inquiries are classified as either "hard inquiries" or "soft inquiries"–**only hard inquiries have an affect on your FICO score.**
>
> Soft inquiries are all credit inquiries where your credit is NOT being reviewed by a prospective lender. These include inquiries where you're checking your own credit (such as checking your score in myFICO), credit checks made by businesses to offer you goods or services (such as promotional offers by credit card companies), or inquiries made by businesses with whom you already have a credit account.
>
> **Hard inquiries are inquiries where a potential lender is reviewing your credit because you've applied for credit with them.** These include credit checks when you've applied for an auto loan, mortgage or credit card.... **A FICO score takes into account only *voluntary* inquiries that result from your application for credit.** The information about inquiries that can be factored into your FICO score includes:
>
> - Number of recently opened accounts, and proportion of accounts that are recently opened, by type of account.

---

[1] https://blog.equifax.com/credit/understanding-hard-inquiries-on-your-credit-report (visited August 4, 2021) (bolding and underling added).

[2] "myFICO is the consumer division of FICO. Since its introduction 20 years ago, the FICO® Score has become a global standard for measuring credit risk in the banking, mortgage, credit card, auto and retail industries. **90 of the top 100 largest U.S. financial institutions use the FICO Score to make consumer credit decisions.**" https://www.myfico.com/Company/AboutUs.aspx (visited August 4, 2021) (emphasis added).

-4-

- Number of recent credit inquiries.

- Time since recent account opening(s), by type of account.

- Time since credit inquiry(ies).

- **A FICO score does not take into account any involuntary inquiries made by businesses with whom you did not apply for credit**, inquiries from employers, or your own requests to see your credit report.

www.myfico.com/crediteducation/questions/inquiry-credit-score.aspx (visited August 4, 2021) (bolding and emphasis added).

14. Whether a consumer reporting agency or FICO categorizes a credit inquiry as "hard" or "soft" depends directly on the user of the report and whether the user classifies its request as a voluntary or involuntary request, *i.e.* whether the request was made in connection with a credit transaction initiated by the consumer.

15. Mariner's inquiries for Ms. McMackin's consumer credit reports on July 12, 2019 and August 9, 2019 were involuntary, *i.e.* Ms. McMackin did not initiate a credit transaction with Mariner by applying for credit with Mariner on or about July 12, 2019 or August 9, 2019.

16. After July 12, 2019 Equifax published credit reports to its users and third-party subscribers that included a record of Mariner's request for Ms. McMackin's credit report on July 12, 2019.

17. After August 9, 2019 Equifax published credit reports to its users and third-party subscribers that included a record of Mariner's requests for Ms. McMackin's credit report on July 12, 2019 and August 9, 2019.

18. The parties to whom Equifax published credit reports including a record of Mariner's requests for Ms. McMackin's Equifax credit report include *inter alia* Capital One Bank



(USA), N.A. on December 6, 2019; Lendmark Financial Services, LLC on November 9, 2019; and World Acceptance Corp. on November 9, 2020.

19. The erroneous hard credit inquiries on Ms. McMackin's credit reports published by Equifax damaged Ms. McMackin in the form of a lowered credit score, loss of credit, higher cost for credit, emotional upset and anxiety.

20. Equifax violated the FCRA by publishing credit reports to its users and third-party subscribers that included a record of Mariner's requests for Ms. McMackin's credit reports on July 12, 2019 and August 9, 2019.

**CLAIMS FOR RELIEF**

21. The foregoing actions and omissions of Defendant Equifax Information Services, LLC ("Equifax") constitute violations of the FCRA in that, after July 12, 2019 and August 9, 2019 Equifax published credit reports to its users and third-party "user"/subscribers that included a record of Mariner's request for Ms. McMackin's credit reports on July 12, 2019 and August 9, 2019.

22. Ms. McMackin did not initiate a credit transaction with Mariner on July 12, 2019 or August 9, 2019.

23. Equifax violated 15 U.S.C. § 1681e(b) by failing to establish and/or to follow reasonable procedures to assure maximum possible accuracy in the preparation of consumer reports it published to its subscribers and users of its consumer reports concerning Ms. McMackin by publishing credit reports about Ms. McMackin that included a record of Mariner's requests made on July 12, 2019 and August 9, 2019 for Ms. McMackin's credit reports.

24. Equifax violated 15 U.S.C. § 1681b(c)(3) by publishing to its subscribers and users credit reports about Ms. McMackin that included a record of Mariner's requests made on July 12,

-6-

2019 and August 9, 2019 for Ms. McMackin's credit reports.

25. Equifax's conduct, actions and inactions were willful, rendering Equifax liable under 15 U.S.C. § 1681n for actual damages, statutory damages, punitive damages, attorney's fees and costs.

26. Alternatively, Equifax's conduct, actions and inactions were negligent rendering Equifax liable under 15 U.S.C. § 1681o for actual damages, along with attorney's fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Courtney McMackin requests that the Court grant her the following relief:

1. Award Plaintiff maximum statutory damages;

2. Award Plaintiff her actual damages;

3. Award Plaintiff punitive damages;

4. Award Plaintiff his reasonable attorney's fees and costs;

5. A trial by jury; and

6. Such other relief as may be just and proper.

Submitted by:

/s/ James R. McKenzie
James R. McKenzie, KBA 81957
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Ave. Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com

James H. Lawson, KBA 86930
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207

-7-



Filed        21-C-00074        08/04/2021        Debbie Harp Knoth, Livingston Circuit Clerk

Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com

-8-

| AOC-104 Doc. Code: CCCS<br>Rev. 12-20<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.gov | **CIVIL CASE COVER SHEET** | Case No. _____<br>Court  District _____<br>County  Livingston _____<br>Division  _____ |
|---|---|---|

Courtney McMackin _____  **PLAINTIFF/PETITIONER**

VS.

Equifax Information Services, LLC _____  **DEFENDANT/RESPONDENT**

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
☐ Dissolution/Divorce with Children (DISSO)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (TPR)
☐ Involuntary Termination of Parental Rights (TPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) _____

**TORT (Injury)**
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)
_____
☐ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH) _____

**CONSUMER**
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☒ Other: (COOTH) Statutory consumer protection action

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH) _____

**PROBATE / ESTATE**
☐ Guardianship-Adult (GCADLT)
☐ Guardianship-Juvenile (GCJUV)
☐ Guardianship-Conservatorship (CONSVA)
☐ Probate-Testate (with a will) (PB)
☐ Probate-Intestate (without a will) (PB)
☐ Petition to Dispense with Administration (PB)
☐ Name Change (NC)
☐ Other: (PBOTH) _____

**REAL PROPERTY**
☐ Property Rights (PR)
☐ Condemnation (DOMAIN)
☐ Forcible Detainer (Eviction) (FD)
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL)
☐ Other: (COOTH) _____

**MISC CIVIL**
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH) _____

**BUSINESS / COMMERCIAL**
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH) _____

**EMPLOYMENT**
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)

Filed        21-C-00074        08/04/2021        Debbie Harp Knoth, Livingston Circuit Clerk



Case 5:21-cv-00128-TBR   Document 1-1   Filed 09/08/21   Page 12 of 13 PageID #: 15



# KCOJ eFiling Cover Sheet

Case Number: 21-C-00074

Envelope Number: 3726031

Package Retrieval Number: 372603125212646@00000020405

Service by: Certified Mail

Service Fee:  $ 0.00

Postage Fee: $ 12.71

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Debbie Harp Knoth, Livingston Circuit Clerk
Livingston County Justice Center, 122 West Adair Street, P.O. Box 160
Smithland, KY 42081-0160



USPS CERTIFIED MAIL

9236 0901 9403 8346 2169 72

Restricted Delivery

EQUIFAX INFORMATION SERVICES, LLC
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601

Page 1 of 1    Generated: 8/5/2021 9:44:20



NEOPOST
08/05/2021
US POSTAGE $011.61⁰



ZIP 40601
041M11456493

4060131815 C003