# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CASE NO. 5:21-CV-128-TBR

COURTNEY McMACKIN             PLAINTIFF

V.

EQUIFAX INFORMATION SERVICES, LLC             DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached. (Docket #9)

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket. This case is now closed.

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

cc: Counsel

November 15, 2021