UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

| | |
|---|---|
| Courtney McMackin<br>*Plaintiff* | )<br>)<br>) |
| v. | )  Case No.  5:21-cv-00128-TBR<br>) |
| Equifax Information Services, LLC<br>*Defendant* | )<br>)<br>)<br>) |

## ORDER DISMISSING WITH PREJUDICE

Plaintiff Courtney McMackin and Defendant Equifax Information Services, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Equifax Information Services, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Courtney McMackin's claims against Defendant Equifax Information Services, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

December 21, 2021